UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GJ# 90-1-37

UNITED STATES OF AMERICA

v.

DAMIAN TEDONE
THEODORE RIGGOTT
RICHARD KEMP
WILLIAM J. HARVEY, JR.
a/k/a Billy
ROD RODRIGUEZ
DAVID MONK
CARLOS CEBALLOS
MICHAEL SCHNAEDELBACH
JUAN JINETE
a/k/a Juancho
MICHAEL HOWELL
FIAIS ISAAC
a/k/a Turco

Superseding Indictment

No. 90-163-Cr-Orl-19
[21 USC § 848 - 10 to life and/or $100,000 - Counts One and Three]
[21 USC § 846 - 15 years and/or $125,000 - Count Two]

The Grand Jury charges:

COUNT ONE

Beginning at a time unknown, but from at least on or about January 1978, and continuing through on or about September 1986, in Brevard County, Florida, in the Middle District of Florida and elsewhere,

DAMIAN TEDONE

defendant herein, did knowingly and intentionally engage in a continuing criminal enterprise by committing a continuing series of felony drug violations, including violations of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963, which violations were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, supervisor and manager, and from which the defendant obtained substantial income and

M'FILM ROLL 72
DOCUMENT 1765

69

resources.

All in violation of Title 21, United States Code, Section 848.

COUNT TWO

Beginning on or about February 1986, and continuing through on or about August 1986, in Brevard County, Florida, in the Middle District of Florida and elsewhere,

DAMIAN TEDONE
THEODORE RIGGOTT
RICHARD KEMP
WILLIAM J. HARVEY, JR.
a/k/a Billy
ROD RODRIGUEZ
DAVID MONK
CARLOS CEBALLOS
MICHAEL SCHNAEDELBACH
JUAN JINETE
a/k/a Juancho
MICHAEL HOWELL
and
FIAIS ISAAC
a/k/a Turco

defendants herein, did knowingly and wilfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to unlawfully possess with intent to distribute approximately 487 kilograms of cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT THREE

Beginning at a time unknown, but from at least on or about September 1977, and continuing through on or about September 1987, in Brevard County, Florida, in the Middle District of Florida and elsewhere,

WILLIAM J. HARVEY, JR.
a/k/a Billy

defendant herein, did knowingly and intentionally engage in a continuing criminal enterprise by committing a continuing series of felony drug violations, including violations of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963, which violations were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, supervisor and manager, and from which the defendant obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848.

A TRUE BILL,

Douglas L. Bos
Foreman

ROBERT W. GENZMAN
United States Attorney

By Cynthia R. Hawkins
Cynthia R. Hawkins
Assistant United States Attorney

By Bruce Hinshelwood
Bruce Hinshelwood
Acting Managing Assistant U.S. Attorney

FORM OBD-34
SEP 1978

No. __________

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

ORLANDO Division

6J# 90-1-37

## THE UNITED STATES OF AMERICA

vs.

DAMIAN TEDONE, THEODORE RIGGOTT, RICHARD KEMP, WILLIAM J. HARVEY, JR., a/k/a Billy; ROD RODRIGUEZ; DAVID MONK; CARLOS CEBALLOS; MICHAEL SCHNAEDELBACH; JUAN JINETE, a/k/a Juancho; MICHAEL HOWELL; FIAIS ISAAC, a/k/a Turco

# INDICTMENT

A true bill,

Douglas L. Bass
Foreman.

Filed in open court this 20th day of February, A.D. 1991

Carolyn M. Weber
Clerk.

Bail, $ __________

GPO 863 525