UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
95 NOV 17 PM 2:51
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTIAN ESQUINO, Defendant. | Case No. ~~91-074~~ 90-163-Cr-Orl-19 DEFENDANT'S MOTION TO TERMINATE PROBATION EARLY |

To: Robert W. Genzman, United States Attorney, and Cynthia R. Hawkins, Assistant U.S. Attorney, Middle District of Florida, Orlando, Florida, and Kenneth Bray, Deputy Probation Officer, United States Probation Office, Orlando, Florida, and Laura Bates, Deputy Probation Officer, United States Probation, San Diego, California

Defendant Christian Esquino, through his attorney, Joseph Milchen, respectfully moves this court to grant his motion to terminate his probation early.

This motion is based upon Rule 32.1(b) of the Federal Rules of Criminal Procedure, and upon Section 3564(c) of Title 18, United States Code, the attached Declaration of Counsel in Support of the Motion, the

DENIED and SO ORDERED this 30th day of November, 1995

PATRICIA C. FAWSETT
United States District Judge

FILED
95 DEC -1 AM 9:31
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

COPIES MAILED
ON 12-1 1995
BY Deputy Clerk

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

1

689

files and records in this matter, and upon such other matters as may come to the attention of the court from the United States Probation Office and the United States Attorney's Office.

Dated: November 14, 1995

Respectfully submitted,

Joseph Milchen
Frank & Milchen
Attorneys for Defendant
Christian Esquino



FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN ESQUINO,<br>Defendant. | Case No. 91-074-Cr-Orl-19<br><br>DECLARATION OF SERVICE BY MAIL |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, California 92103.

On November 14, 1995 I served the Motion to Terminate Probation Early and the Declaration of Counsel in Support of the Motion to Terminate Probation Early on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid and depositing in the United States Mail at San Diego, California addressed as follows:

Cynthia R. Hawkins
Assistant U.S. Attorney
80 North Hughey Avenue
Orlando, FL 32801-2280

Laura Bates
Deputy Probation Officer
401 West A Street, Ste. 400
San Diego, Ca 92101

Kenneth Bray
Deputy Probation Officer
80 North Hughey Avenue
Orlando, FL 32801-2280

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on November 14, 1995 at San Diego, California.

Monica Peterson
Monica Peterson

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888