FILED

95 NOV 17 PM 2:52

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN ESQUINO,

Defendant.

Case No. ~~91-074~~ 90-163-Cr-Orl-19

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO TERMINATE PROBATION EARLY

Joseph Milchen, counsel for defendant Christian Esquino, submits the following statement in support of defendant's motion for early termination of probation:

I am an attorney duly admitted to the Bar of the State of California, and duly admitted to the Bar of this Honorable Court for the purposes of this case. I represent Christian Esquino in this matter.

Jurisdictional History of the Case

Christian Esquino was arrested in this case in April, 1991. The indictment charged acts that had occurred in 1986. Since the date of his arrest until sentence was imposed on August 30, 1993, Esquino was



FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

690

supervised by Pre-Trial Services.

On August 30, 1993 Esquino was sentenced to a "split sentence" under the law that applied prior to the Guidelines. He was given a term of five (5) years to serve, on the condition that he serve the first six (6) months in a jail-type institution. Execution of the balance of the sentence was suspended, and he was placed on probation for a term of three years, said term to commence on his release from confinement. He was granted a stay of execution of the sentence to September 24, 1993. The Judgment in a Criminal Case was filed on September 15, 1993.

On September 24, 1993 he surrendered to the Federal Prison Camp at Boron, California. He was released from that facility on Friday, February 4, 1994. He reported immediately to the Probation Officer in San Diego assigned to supervise his probation, James Barela.

At the end of August, 1995, supervision of Esquino was transferred from Barela to Laura Bates in the United States Probation Office in San Diego.

Defendant's Performance Under Supervision

Since his release from actual custody, defendant has engaged in the business of buying and selling aircraft. This business has taken corporate form in the formation of a company called Aircraft Purchasing



FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

International, S.A., a Mexican corporation. Defendant hold 35% of the stock of the company, and holds the position of General Manager. A letter from the company to the court describing the company and defendant's role in it has been sent to the court under separate cover.

On the personal side of defendant's life, he married on October 16, 1992, and his wife gave birth to their daughter Paulina on May 15, 1993. Defendant and his wife continue to reside at the same location that he has occupied since his arrest in this case.

Defendant has had no problems during the course of his four years and seven months of being supervised on pre-trial release and his probation. He has completed 19 months of the 36 months of probation in this case, which represents 58% of the total term.

## Conclusion

It is respectfully requested that defendant's probation be terminated early.

Dated: November 14, 1995

Respectfully submitted,

Joseph Milchen

Joseph Milchen
Frank & Milchen
Attorneys for Defendant
Christian Esquino



FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888