UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
95 NOV 30 AM 9:52
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v. No. ~~91-74-Cr-Orl-19~~ 90-163-CR-ORL-19

CHRISTIAN ESQUINO

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE PROBATION EARLY**

Now into Court comes the United States of America, by and through its undersigned Assistant United States Attorney, and files its Response to Defendant's Motion to Terminate Probation Early.

After consultation with the U.S. Probation Office, the government opposes this motion.

Respectfully submitted,

CHARLES R. WILSON
United States Attorney

By
Cynthia Hawkins Collazo
Assistant United States Attorney
Florida Bar No. 305049
201 Federal Building
80 North Hughey Avenue
Orlando, Florida 32801
407/648-6700
407/648-6743 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent on this the 29th day of November, 1995, via the United States Postal Service, to the following: JOSEPH MILCHEN, ESQUIRE, Frank & Milchen, P.A., 136 Redwood Street, San Diego, California 92103.

Assistant United States Attorney