# United States Court of Appeals

FOR THE ELEVENTH CIRCUIT

No. 93-3574

D. C. Docket No. 90-163 CR-Orl-19

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 21 1996
MIGUEL J. CORTEZ
CLERK

M'FILM ROLL 90
DOCUMENT 2661

UNTIED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM J. HARVEY, JR.,
a/k/a Billy,

Defendant-Appellant.

FILED
96 MAY -9 PM 2:48
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Appeal from the United States District Court
for the Middle District of Florida

Before EDMONDSON, Circuit Judge, HILL, Senior Circuit Judge, and MILLS*, District Judge.

JUDGMENT

This cause came to be heard on the transcript of the record from the United States District Court for the Middle District of Florida, and was argued by counsel;

UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the judgment of conviction and sentence imposed by the said District Court in this cause be and the same is hereby REVERSED and VACATED in accordance with the opinion of this Court.

*Honorable Richard Mills, U. S. District Judge for the Central District of Illinois, sitting by designation.

Entered: March 21, 1996
For the Court: Miguel J. Cortez, Clerk
By: Matt Davidson
Deputy Clerk

ISSUED AS MANDATE: 5/7/96

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit
By: E.B. McElhenney
Deputy Clerk
Atlanta, Georgia

692