FILED
DD
96 OCT -9 PM 1:40
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED
DD
96 SEP 23 PM 4:01
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ESQUINO,<br><br>Defendant. | Case No. 90-163-Cr-Orl-19<br><br>DEFENDANT'S MOTION TO TERMINATE PROBATION EARLY |

TO: Robert W. Genzman, United States Attorney, and Cynthia R. Hawkins Collazo, Assistant U.S. Attorney, Middle District of Florida, Orlando, Florida; and Kenneth Bray, Deputy Probation Officer, United States Probation Officer, Orlando, Florida, and Laura Bates, Deputy Probation Officer, United States Probation Office, San Diego, California

Defendant Christian Esquino, through his attorney, Joseph Milchen, respectfully moves this court to grant his motion to terminate his probation early.

This motion is based upon Rule 32.1(b) of the Federal Rules of Criminal Procedure, and upon Section 3564(c) of Title 18, United States Code, the attached Declaration of Counsel in Support of the Motion, the

DENIED and SO ORDERED this 9th day of October, 1996
Patricia C. Fawsett
PATRICIA C. FAWSETT
United States District Judge

COPIES MAILED
ON 10-9 1996
DDD
Deputy Clerk

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

698

files and records in the matter, and upon such other matters as may come to the attention of the court from the United States Probation Office and the United States Attorney's Office.

Dated: September 18, 1996

Respectfully submitted,

Joseph Milchen
Frank & Milchen
Attorneys for Defendant
Chrsitian Esquino

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888